IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CR-153-D
No. 5:25-CV-438-D

| | | |
|---|---|---|
| JERMOND LEE YUNGVIRT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

The court DISMISSES petitioner's action [D.E. 51] due to petitioner's failure to comply with this court's order of July 31, 2025 [D.E. 52]. Alternatively, the court DISMISSES petitioner's motion as meritless. See, e.g., United States v. Hill, 123 F.4th 697, 700–04 (4th Cir. 2024); United States v. Canada, 123 F.4th 159, 161–62 (4th Cir. 2024). The court denies a certificate of appealability. See 28 U.S.C. § 2253(c); Miller-El v. Cockrell, 537 U.S. 322, 336–38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000)

SO ORDERED. This _2_ day of March, 2026.

JAMES C. DEVER III
United States District Judge